# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

NORTHERN FORESTS II, INC., : No. 197 MAL 2016

        Petitioner :

        v. :

: Petition for Allowance of Appeal from
: the Order of the Superior Court

KETA REALTY COMPANY, KETA GAS :
AND OIL COMPANY, KETA GAS AND :
OIL CORPORATION, GEORGE C. LEVIN, :
UNITED STATES BANKRUPTCY :
TRUSTEE AND MANUFACTURERS :
LIGHT AND HEAT COMPANY, THEIR :
SUCCESSORS AND ASSIGNS AND :
ANYONE CLAIMING BY, THROUGH OR :
UNDER THEM, OR ANY OF THEM, :
ANADARKO E & P ONSHORE, LLC, :
SOUTHWESTERN ENERGY :
PRODUCTION COMPANY, RONALD :
SAWYER, KATHLEEN SAWYER, DALE :
BLACK, LORI BLACK, MICHAEL :
CENTINI, KAREN CENTINI, VINCE :
DANDINI, SARA DANDINI, EDGAR :
SHENK, ELAINE SHENK, DAVID HAUS, :
SHARON HAUS AND GAYLA LOCH, :
ULTRA RESOURCES, INC., :
INTERNATIONAL DEVELOPMENT :
CORPORATION, WEVCO :
PRODUCTION, INC., JACKSON :
CORNER SPORTSMEN, INC., SAMUEL :
ROCKEY, KAREN ROCKEY, :
CHESAPEAKE APPALACHIA, LLC, :
STATOIL USA ONSHORE PROPERTIES, :
INC., LANCASTER EXPORATION & :
DEVELOPMENT COMPANY, LLC, :
TRUSTEES OF THOMAS E. PROCTOR :
HEIRS TRUST, TRUSTEES OF THE :
MARGARET O. F. PROCTOR TRUST, :
FOREST RESOURCES, LLC, :
KOCJANCIC FAMILY LIMITED :
PARTNERSHIP, HAROLD H. :

WOLFINGER, JR., WILLIAM L.        :
HEMENWAY, HARVEY HINMAN, SARAH    :
C. PRESTON, LINDA DAVIDGE,        :
PENNLYCO, LTD., GLEN W.           :
HEFFELFINER, MICHAEL E. DAPAOLI,  :
JOHN F. GERRITY, JOAN M. GERRITY, :
STEVEN M. STROUSE, RENEE M.       :
STROUSE, DAVID W. CRITICS, ANGELA :
R. CRITICS, MARK S. CONRAD,       :
DOLORES CONRAD, DAVID B. DUSEL,   :
MARY LOUISE WATERS, ENERPLUS      :
RESOURCES (USA) CORPORATION,      :
ENERPLUS RESOURCES, BROOKE E.     :
FULLER, RICKY E. YOUNG, NADINE C. :
YOUNG, STEPHEN MATTO, KIM L.      :
MATTO, JOHN F. KNOPP, SANDRA J.   :
KNOPP, JAMES D. WEATHERWAX,       :
NICOLE R. WEATHERWAX, DUTCH HILL  :
HUNTING CLUB, ATLANTIC            :
HYDROCARBON, LLC, EXCO            :
PRODUCTION COMPANY (PA) LLC,      :
EXCO RESOURCES, INC., BG          :
PRODUCTION COMPANY (PA) LLC,      :
WADE E. JUNE, MELISSA L. JUNE,    :
MICHAEL J. SNYDER, TIMOTHY C.     :
BOWEN, THERESE L. BOWEN, PAUL D.  :
CRISSMAN, MARK A. MCGOVERN,       :
RONDA J. MCGOVERN, JAMES A.       :
ROBINSON, COGAN HOUSE             :
TOWNSHIP, MOUNTAIN                :
DEVELOPMENT GROUP, DAVID          :
ROCKEY, OHIO KENTUCKY OIL         :
CORPORATION, MITSUI E & P USA,    :
LLC, GCO MINERALS COMPANY,        :
DANNA WEBBER, TRAVIS CROOKS,      :
FRANCINE CROOKS, CYNTHIA          :
STANTION-MCKENNEY (POA TERRY      :
GEISE) AND AS TO ANY AND ALL      :
ENTITIES WHICH CLAIM ANY          :
INTEREST WHATSOEVER TO SUBJECT    :
MATTER OF THIS SUIT,              :
                                  :
          Respondents

**ORDER**

[197 MAL 2016] - 2

**PER CURIAM**

  **AND NOW**, this 5th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.